**No. 11-7963. Rodolfo B. Torres, Petitioner v. United States.**

565 U.S. 1183, 132 S. Ct. 1157, 181 L. Ed. 2d 1028, 2012 U.S. LEXIS 939.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7967. Roy Antron Lowe, Petitioner v. United States.**

565 U.S. 1183, 132 S. Ct. 1157, 181 L. Ed. 2d 1028, 2012 U.S. LEXIS 943.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 447 Fed. Appx. 504.

**No. 11-7968. Charles Jordan, Petitioner v. United States.**

565 U.S. 1183, 132 S. Ct. 1157, 181 L. Ed. 2d 1028, 2012 U.S. LEXIS 946.

January 23, 2012. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

**No. 11-7969. Manuel Chavez-Betancourt, Petitioner v. United States.**

565 U.S. 1184, 132 S. Ct. 1157, 181 L. Ed. 2d 1028, 2012 U.S. LEXIS 933.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 447 Fed. Appx. 553.

**No. 11-7971. Jonathan Michael McGinley, Petitioner v. United States.**

565 U.S. 1184, 132 S. Ct. 1157, 181 L. Ed. 2d 1028, 2012 U.S. LEXIS 945.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 450 Fed. Appx. 642.

**No. 11-7973. Ibrahima Sarr, Petitioner v. United States.**

565 U.S. 1184, 132 S. Ct. 1157, 181 L. Ed. 2d 1028, 2012 U.S. LEXIS 1012.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 441 Fed. Appx. 178.

**No. 11-7974. Daniel Stephen, Petitioner v. United States.**

565 U.S. 1184, 132 S. Ct. 1157, 181 L. Ed. 2d 1028, 2012 U.S. LEXIS 938.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 440 Fed. Appx. 824.

**No. 11-7977. Eugene Rodney Rodebaugh, Petitioner v. United States.**

565 U.S. 1184, 132 S. Ct. 1158, 181 L. Ed. 2d 1028, 2012 U.S. LEXIS 1042.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.